# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES A. WYATT, | ) | 3:17-cv-00220-HDM-WGC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The Court has considered the Report and Recommendation of the United States Magistrate Judge (ECF No. 20) filed on January 17, 2018, in which the Magistrate Judge recommends that this Court enter an order denying plaintiff's motion for remand (ECF No. 16), granting defendant's cross-motion to affirm (ECF No. 17), and affirming the decision of the Commissioner.

On January 31, 2018, the plaintiff filed an objection to the Report and Recommendation. (ECF No. 21). The defendant did not file a response.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Accordingly, the Court hereby **ADOPTS AND**

1

**ACCEPTS** the Report and Recommendation of the United States Magistrate Judge (ECF No. 20). Therefore, plaintiff's motion for remand (ECF No. 16) is denied, defendant's cross-motion to affirm (ECF No. 17) is granted, and the decision of the Commissioner is affirmed. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED: This 14th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE