# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES A. WYATT, | 3:17-cv-00220-HDM-WGC |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

The court has considered the Report and Recommendation of the United States Magistrate Judge (ECF No. 30) filed on March 21, 2019, in which the Magistrate Judge recommends that this court grant plaintiff's motion for attorney's fees (ECF No. 29), and award $11,904.65 in attorney's fees and $905 in costs. No objections to the Report and Recommendation have been filed, and the time for doing so has expired.

The court hereby **ADOPTS AND ACCEPTS** the Report and Recommendation (ECF No. 30). Therefore, plaintiff's motion for attorney's fees (ECF No. 29) is **GRANTED**. Plaintiff's counsel is awarded $11,904.65 in fees and $905 in costs.

**IT IS SO ORDERED.**

DATED: This 16th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE

1